| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>81 Main Street, Suite 124<br>White Plains, NY 10601<br>Tel: (914) 428-7124 Fax: (914) 948-5109 |
| Tamara L. Giwa<br>*Executive Director* | Jennifer L. Brown<br>*Attorney-in-Charge* |

April 24, 2025

The Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

> APPLICATION GRANTED.
>
> Dated: April 24, 2025
>
> **SO ORDERED.**
>
> *Andrew Krause*
>
> ANDREW E. KRAUSE
> United States Magistrate Judge

Re:   United States v. Nosson Sklar
      25 MJ 1186

Dear Honorable Krause:

 I am writing on behalf of Nosson Sklar, who had an initial appearance on April 11, 2025, in front of the Honorable Victoria Reznik. At Mr. Sklar's initial appearance, Mr. Sklar was released with the understanding that, on or before April 25, 2025, one financially responsible individual would sign an unsecured appearance bond in the amount of $100,000. Mr. Sklar has identified possible co-signers but he will not be able to complete the bond-signing process by April 25, 2025.[1] As a result, I am writing to respectfully request that the deadline for Mr. Sklar to secure a co-signer be extended one week to May 2, 2025. I have communicated with AUSA David Markewitz and Mr. Markewitz informed me that the Government does not object to this request.

 Thank you for your consideration.

Sincerely,

//s

Benjamin Gold
Assistant Federal Defender

cc:   AUSA David Markewitz
      AUSA Jorja Knauer

---

[1] While there are a number of reasons that Mr. Sklar needs additional time, the main reason is that the potential co-signers are all Orthodox Jews and, due to the Passover holiday, Mr. Sklar was unable to make contact with these individuals until after Passover had ended on April 20, 2025.